IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **REGINALD DRAUGHN,** | : | |
|     Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:25-cv-04789-JDW |
| | : | |
| **PATRICK CARMODY,** *et al.*, | : | |
|     Defendants. | : | |

### ORDER

AND NOW, this 30th day of September, 2025, upon consideration of Reginald Draughn's Motion to Proceed *In Forma Pauperis* (ECF No. 1), it is **ORDERED** that the Motion is **GRANTED** for the reasons stated in the accompanying Memorandum, and the Complaint is **DEEMED** filed.

It is **FURTHER ORDERED** that Reginald Draughn, #82158 shall pay the full filing fee of $350 in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case. The Court directs the Warden of Chester County Prison, where Draughn was incarcerated prior to his confinement at the Norristown State Hospital, or any correctional institution where Draughn is next incarcerated, to assess an initial filing fee of 20% of the greater of (a) the average monthly deposits to Draughn's inmate account; or (b) the average monthly balance in Draughn's inmate account for the six-month period immediately preceding the filing of this case. The Warden or other appropriate official shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the Court with a reference to the docket number for this case. In each succeeding month

when the amount in Draughn's inmate trust fund account exceeds $10.00, the Warden or other appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding month's income credited to Draughn's inmate account until the fees are paid. Each payment shall refer to the docket number for this case.

It is **FURTHER ORDERED** that the Clerk Of Court shall send a copy of this Order to the Warden of Chester County Prison.

It is **FURTHER ORDERED** that the Complaint is deemed filed.

It is **FURTHER ORDERED** that, for the reasons stated in the accompanying Memorandum, the Complaint is **DISMISSED WITH PREJUDICE**.

It is **FURTHER ORDERED** that the Motion To Dismiss (ECF No. 4) is **DENIED**.

The Clerk of Court shall mark this case closed.

                                        **BY THE COURT:**

                                        */s/ Joshua D. Wolson*
                                        **JOSHUA D. WOLSON, J.**